JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE DUTTON and AMERICAN ASSOCIATION OF WOMEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LEE SMALLEY EDMON, in her official capacity as Presiding Judge of the Superior Court of California, County of Los Angeles, ANN I. JONES, in her official capacity as a Judge of the Superior Court of California, County of Los Angeles, and D. BRETT BIANCO, in his official capacity as Court Counsel to the Superior Court of California, County of Los Angeles, <br><br> Defendants. | Case No. CV12-1888 R(JCx) <br><br> Assigned for all purposes to Hon. Manuel L. Real <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE** |

On June 18, 2012, this Court heard the motion filed by the defendants, the Honorable Lee Smalley Edmon, the Honorable Ann I. Jones, and D. Brett Bianco ("Defendants"), to dismiss the Complaint for Declaratory and Injunctive Relief ("Complaint") filed by plaintiffs Leslie Dutton and American Association of Women, Inc.'s (collectively, "Plaintiffs"). Having considered all the papers

submitted in support of and in opposition to this motion, the Court's file in this matter, and good cause having been shown, the Court hereby ORDERS as follows:

    (1)    Defendants' motion to dismiss is GRANTED.

    (2)    The Court hereby dismisses Plaintiffs' Complaint with prejudice.

    (3)    The Court holds Plaintiffs' Complaint must be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure because there is no First Amendment right of access to an empty courtroom. *Palmieri v. Town of Babylon*, No. 06-CV-0968, 2008 U.S. Dist. LEXIS 59550 (E.D.N.Y. 2008), *aff'd*, 2009 U.S. App. LEXIS 26442 (2d Cir. 2009).

    (4)    The Court alternatively holds Plaintiffs' Complaint must be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to allege that Defendants engaged in viewpoint discrimination. *Cornelius v. NAACP Legal Defense & Educ. Fund, Inc.*, 473 U.S. 788, 806 (1985).

IT IS SO ORDERED.

Dated: June 20, 2012

Hon. Manuel L. Real
U.S. District Court Judge

Submitted by:

By:   /s/ Robert A. Naeve

Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
Erica L. Reilley (State Bar No. 211615)
elreilley@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendants
THE HONORABLE LEE SMALLEY EDMON, THE HONORABLE ANN I. JONES, and D. BRETT BIANCO

LAI-316456